UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-01438 |
| | ) | |
| MILAGROS PALLADINO, | ) | Chapter: 7 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

THIS MATTER COMING ON TO BE HEARD upon the First and Final Application of FrankGecker LLP For Allowance Of Compensation And Reimbursement Of Expenses; due and proper notice having been given to all unpaid creditors; the Court having heard from all interested parties and being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. FrankGecker LLP is hereby allowed reasonable compensation for actual, necessary legal services in the amount of $7,114.00;

2. FrankGecker LLP is hereby allowed reimbursement of actual, necessary expenses in the amount of $1.88; and

3. Authorizing Frances Gecker, the Chapter 7 Trustee, to pay FrankGecker LLP compensation and expense reimbursement in the total amount of $7,115.88.

Enter:

/s/ Jacqueline P. Cox
J. Cox
United States Bankruptcy Judge

Dated: 6/15/17

**Prepared by:**
Micah R. Krohn (IL No. 6217264)
FrankGecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone: (312) 276-1400
mkrohn@fgllp.com

Rev: 20151029_bko