# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MILAGROS PALLADINO | § | Case No. 15-01438 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 23,670.00                           Assets Exempt: 5,300.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 22,220.61           Claims Discharged
                                                      Without Payment: 49,856.59

Total Expenses of Administration: 32,779.39

---

3) Total gross receipts of $ 55,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 55,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 27,397.00 | $ 7,830.52 | $ 7,830.52 | $ 7,830.52 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 32,779.39 | 32,779.39 | 32,779.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,287.00 | 33,729.68 | 33,729.68 | 14,390.09 |
| **TOTAL DISBURSEMENTS** | $ 59,684.00 | $ 74,339.59 | $ 74,339.59 | $ 55,000.00 |

4) This case was originally filed under chapter 7 on 01/16/2015 . The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/03/2017                    By:/s/Frances Gecker
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY LAWSUIT | 1242-000 | 55,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$55,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | VW Credit INC Attn: Bankruptcy Dept. 1401 Franklin Blvd Libertyville IL 60048 | | 27,397.00 | NA | NA | 0.00 |
| | Advanced Ambulatory Surgical Center, LLC | 4220-000 | NA | 2,322.60 | 2,322.60 | 2,322.60 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blue Cross/Blue Shield of Illinois | 4220-000 | NA | 4,931.60 | 4,931.60 | 4,931.60 |
| | SC Painless Anesthesia Providers | 4220-000 | NA | 576.32 | 576.32 | 576.32 |
| **TOTAL SECURED CLAIMS** | | | $ 27,397.00 | $ 7,830.52 | $ 7,830.52 | $ 7,830.52 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 6,000.00 | 6,000.00 | 6,000.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 12.00 | 12.00 | 12.00 |
| Associated Bank | 2600-000 | NA | 141.40 | 141.40 | 141.40 |
| CLERK OF THE U. S. BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| FRANKGECKER LLP | 3110-000 | NA | 7,114.00 | 7,114.00 | 7,114.00 |
| FRANKGECKER LLP | 3120-001 | NA | 1.88 | 1.88 | 1.88 |
| Law Office of Daniel E. Goodman, LLC | 3210-000 | NA | 18,333.33 | 18,333.33 | 18,333.33 |
| Law Office of Daniel E. Goodman, LLC | 3220-000 | NA | 916.78 | 916.78 | 916.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 32,779.39 | $ 32,779.39 | $ 32,779.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Chase-Pier Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 0.00 | NA | NA | 0.00 |
| 3 | Chase-Pier Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5 Citizens BANK Attn: Bankruptcy Dept. 1 Citizens Dr Riverside RI 02915 | | 0.00 | NA | NA | 0.00 |
| | 8 Lending CLUB CORP Attn: Bankruptcy Dept. 71 Stevenson St Ste 300 San Francisco CA 94105 | | 2,194.00 | NA | NA | 0.00 |
| | 9 US BANK Attn: Bankruptcy Dept. 4325 17Th Ave S Fargo ND 58125 | | 926.00 | NA | NA | 0.00 |
| 2 | AMERICAN HONDA FINANCE CORPORATION | 7100-000 | NA | 1,710.43 | 1,710.43 | 729.72 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 8,408.00 | 9,113.46 | 9,113.46 | 3,888.07 |
| 1 | DISCOVER BANK | 7100-000 | 5,181.00 | 5,984.87 | 5,984.87 | 2,553.32 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 7,477.00 | 8,965.67 | 8,965.67 | 3,825.02 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 8,101.00 | 7,955.25 | 7,955.25 | 3,393.96 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 32,287.00 | $ 33,729.68 | $ 33,729.68 | $ 14,390.09 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-01438 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | MILAGROS PALLADINO | | | | Date Filed (f) or Converted (c): | 01/16/2015 (f) |
| | | | | | 341(a) Meeting Date: | 02/20/2015 |
| For Period Ending: | 08/03/2017 | | | | Claims Bar Date: | 03/31/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PERSONAL INJURY LAWSUIT (u) | 0.00 | 30,000.00 | | 55,000.00 | FA |
| 2. CHECKING ACCOUNT - PNC | 1,170.00 | 1,070.00 | | 0.00 | FA |
| 3. BOOKS/COLLECTIBLES | 50.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS<br><br>Used household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans, rugs. | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 6. FURS AND JEWELRY | 250.00 | 0.00 | | 0.00 | FA |
| 7. OTHER CONTINGENT CLAIMS<br><br>Anticipated 2014 Federal and State income tax refund. | 800.00 | 0.00 | | 0.00 | FA |
| 8. VEHICLES - 2014 VOLKSWAGON JETTA | 25,000.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $28,970.00 | $31,070.00 | | $55,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A Final report has been filed in this case and funds have been distributed.

Initial Projected Date of Final Report (TFR): 04/14/2017    Current Projected Date of Final Report (TFR): 04/14/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-01438 | Trustee Name: Frances Gecker | |
| Case Name: MILAGROS PALLADINO | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX2150 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4391 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 08/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/27/16 | 1 | PEKIN INSURANCE<br>PEKIN, ILLINOIS 61558 | SETTLEMENT IN P.I. SUIT | 1242-000 | $5,000.00 | | $5,000.00 |
| 12/27/16 | 1 | SELECTIVE INSURANCE CO. OF SOUTH CAROLINA<br>HEARTLAND REGION | SETTLEMENT IN P.I. SUIT | 1242-000 | $50,000.00 | | $55,000.00 |
| 01/03/17 | 5001 | Law Office of Daniel E. Goodman, LLC<br>Attn: Mark A. Heftman<br>9701 W. Higgins Road, Suite 601<br>Rosemont, Illinois 60018 | Order dated 12/20/16 | | | $19,250.11 | $35,749.89 |
| | | Law Office of Daniel E. Goodman, LLC | ($18,333.33) | 3210-000 | | | |
| | | Law Office of Daniel E. Goodman, LLC | ($916.78) | 3220-000 | | | |
| 01/03/17 | 5002 | Advanced Ambulatory Surgical Center, LLC<br>2333 N. Harlem Ave.<br>Chicago, IL 60707 | Order dated 12/20/16 | 4220-000 | | $2,322.60 | $33,427.29 |
| 01/03/17 | 5003 | SC Painless Anesthesia Providers<br>2333 N. Harlem Ave., Suite 500<br>Chicago, IL 60707 | Order dated 12/20/16 | 4220-000 | | $576.32 | $32,850.97 |
| 01/03/17 | 5004 | Blue Cross/Blue Shield of Illinois<br>Attn: Rashelle Kenny<br>3405 Liberty Drive<br>Springfield, IL 62704 | Order dated 12/20/16 | 4220-000 | | $4,931.60 | $27,919.37 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.55 | $27,908.82 |
| 02/02/17 | 5005 | INTERNATIONAL SURETIES LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond 2017 | 2300-000 | | $12.00 | $27,896.82 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.11 | $27,844.71 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.40 | $27,807.31 |

Page Subtotals: $55,000.00 $27,192.69

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-01438 | Trustee Name: Frances Gecker |
| Case Name: MILAGROS PALLADINO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2150 |
| | Checking |
| Taxpayer ID No: XX-XXX4391 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.34 | $27,765.97 |
| 06/16/17 | 5009 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal | 3120-000 | | ($1.88) | $27,767.85 |
| 06/16/17 | 5008 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois 60654 | Final distribution representing a payment of 100.00 % per court order. Reversal | 3110-000 | | ($7,114.00) | $34,881.85 |
| 06/16/17 | 5006 | Frances Gecker<br>FRANKGECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $6,000.00 | $28,881.85 |
| 06/16/17 | 5007 | CLERK OF THE U. S. BANKRUPTCY COURT<br>CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET, 7TH FL.<br>CHICAGO, ILLINOIS 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $260.00 | $28,621.85 |
| 06/16/17 | 5008 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois 60654 | Final distribution representing a payment of 100.00 % per court order.<br>Check was rewritten to include expenses of $1.88 pursuant to Court Order dated 6/15/17. | 3110-000 | | $7,114.00 | $21,507.85 |
| 06/16/17 | 5009 | Clerk, U.S. Bankruptcy Court | Remit to Court<br>This check was FrankGecker expenses and was erroneously printed to the US Bankruptcy Clerk | 3120-001 | | $1.88 | $21,505.97 |
| 06/16/17 | 5010 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Final distribution to claim 1 representing a payment of 42.66 % per court order. | 7100-000 | | $2,553.32 | $18,952.65 |
| 06/16/17 | 5011 | AMERICAN HONDA FINANCE CORPORATION<br>NATIONAL BANKRUPTCY CENTER<br>P.O. BOX 168088<br>IRVING, TX 75016-8088 | Final distribution to claim 2 representing a payment of 42.66 % per court order. | 7100-000 | | $729.72 | $18,222.93 |
| | | | Page Subtotals: | | $0.00 | $9,584.38 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-01438 | Trustee Name: Frances Gecker |
| Case Name: MILAGROS PALLADINO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2150 |
| | Checking |
| Taxpayer ID No: XX-XXX4391 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/16/17 | 5012 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Final distribution to claim 3 representing a payment of 42.66 % per court order. | | 7100-000 | | $3,888.07 | $14,334.86 |
| 06/16/17 | 5013 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO<br>U.S.BANK NATIONAL ASSOCIATION (US BANK)<br>POB 41067<br>NORFOLK, VA 23541 | Distribution | | | | $7,218.98 | $7,115.88 |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Final distribution to claim 4 representing a payment of 42.66 % per court order. | ($3,825.02) | 7100-000 | | | |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Final distribution to claim 5 representing a payment of 42.66 % per court order. | ($3,393.96) | 7100-000 | | | |
| 06/16/17 | 5014 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois 60654 | Order dated 6/15/17 - Final Distribution | | | | $7,115.88 | $0.00 |
| | | FRANKGECKER LLP | | ($7,114.00) | 3110-000 | | | |
| | | FRANKGECKER LLP | | ($1.88) | 3120-000 | | | |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $55,000.00 | $55,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $55,000.00 | $55,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $55,000.00 | $55,000.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $18,222.93 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2150 - Checking | $55,000.00 | $55,000.00 | $0.00 |
|  | $55,000.00 | $55,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $55,000.00 |
| Total Gross Receipts: | $55,000.00 |

Page Subtotals:    $0.00    $0.00